Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Lopresto, J.), imposed November 13, 2014, as amended November 21, 2014, upon his plea of guilty, on the ground that the sentence was excessive.
 

 Ordered that the sentence is affirmed.
 

 The defendant’s valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Sanders, 25 NY3d 337 [2015]; People v Bradshaw, 18 NY3d 257, 264-267 [2011]; People v Boney, 130 AD3d 1057, 1057 [2015]).
 

 Eng, P.J., Dillon, Miller, Hinds-Radix and Iannacci, JJ., concur.